**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ROBERT JOSEPH CHRISTIE,

        Plaintiff,

v.                                  Case No: 6:16-cv-501-Orl-40MCR

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.
_____/

## ORDER

This cause is before the Court on Plaintiff's Unopposed Motion for Attorney's Fees (Doc. 23) filed on September 22, 2017. The United States Magistrate Judge has submitted a report recommending that the motion be granted.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed October 6, 2017 (Doc. 24), is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. The Unopposed Motion for Attorney's Fees (Doc. 23) is **GRANTED**.

3. The Clerk is **DIRECTED** to enter judgment in favor of Plaintiff and against Defendant in the amount of $3,922.08 for attorney and paralegal fees.

4. The Commissioner is **DIRECTED** to determine whether Plaintiff owes a debt to the government; if the United States Department of the Treasury determines that

Plaintiff does not owe a debt, the Government is **DIRECTED** to accept Plaintiff's assignment of EAJA fees and pay the fees directly to Plaintiff's counsel.

**DONE AND ORDERED** in Orlando, Florida on October 23, 2017.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties